# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ANTHONY HRNCIR | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:24-CV-00692-SDJ-AGD |
| v. | § | |
| | § | |
| INTERNAL REVENUE SERVICE, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 2, 2025, the Report of the Magistrate Judge, (Dkt. #116), was entered containing proposed findings of fact and recommendation that the Collin County Defendants' Motion to Dismiss (Dkt. #59), the Allen Defendants' Motion to Dismiss (Dkt. #66), the State Defendants' Motion to Dismiss (Dkt. #67), and the U.S. Defendants' Motion to Dismiss (Dkt. #99) each be granted and that Plaintiff's case be dismissed without prejudice. The Report further recommended that any request for relief not addressed by the Report be denied as moot.

On September 5, 2025, Plaintiff filed objections to the Report (Dkt. #117). The Court has conducted a de novo review of Plaintiff's objections (Dkt. #117). Having

1

done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.[1]

It is therefore **ORDERED** that the Collin County Defendants' Motion to Dismiss (Dkt. #59), the Allen Defendants' Motion to Dismiss (Dkt. #66), the State Defendants' Motion to Dismiss (Dkt. #67), and the U.S. Defendants' Motion to Dismiss (Dkt. #99) are **GRANTED** and that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that any request for relief not addressed by the Report (Dkt. #116) is **DENIED as moot**.

**So ORDERED and SIGNED this 15th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

---

[1] In his objections, Plaintiff notes that the Report recommends dismissal with prejudice in the introduction (Dkt. #116 at p. 2), but the Report recommends dismissal without prejudice in the conclusion (Dkt. #116 at p. 13). The Court recognizes the scrivener's error and agrees with the Magistrate Judge's conclusion that Plaintiff's case should be dismissed without prejudice.